UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CHRISTIAN FELLOWSHIP CENTERS
OF NEW YORK, INC.,

                         Plaintiff,

    -against-                               Civil Case No.: 8:19-cv-00191
                                                                     LEK/DJS
VILLAGE OF CANTON, a New York
municipal corporation,

                         Defendant.
_____

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for:

    Defendant          VILLAGE OF CANTON, New York


I certify that I am admitted to practice in this Court.


DATED:     February 21, 2019

                                                      _____
                                                      Gregg T. Johnson Bar Number 506443
                                                      Attorneys for Defendant
                                                      JOHNSON & LAWS, LLC
                                                      648 Plank Road, Suite 204
                                                      Clifton Park, New York 12065
                                                      Tel:    518-490-6428
                                                      Fax:   518-616-0676
                                                      Email: gtj@johnsonlawsllc.com

TO: John K. Collins, Esq.
Bar No. 515929
Silver, Collins Law Firm
44 Court Street
Canton, New York 13617
Tel: 315-386-8506
Fax: 315-386-8507
Email: jcollins@silverattorneys.com

John W. Mauck, Esq.
Sorin A. Leahu, Esq.
MAUCK & BAKER, LLC
One N. LaSalle Street, Suite 600
Chicago, Illinois 60602
Tel: 312-726-1243
Fax: 866-619-8661
Email: jmauck@mauckbaker.com
sleahu@mauckbaker.com